J. T. SIMMS, Appellant, v. JAMES FLAHERTY, Appellee.
(Civil No. 179.)

APPEAL from the District Court of the Second Judicial District in and for the County of Maricopa.

No appearance for Appellant.

A. C. Baker, for Appellee.

April 29, 1887.  Dismissed.

———————

TERRITORY OF ARIZONA, Respondent, v. JOHN R. WARD et al., Appellants.   (Criminal No. 40.)

APPEAL from the District Court of the First Judicial District in and for the County of Graham.

William Lovell, for Appellants.

Briggs Goodrich, Atty. Gen., for Respondent.

April 29, 1887.  Dismissed.

———————

BENONI BLACKMORE, v. JAMES REILLY.   (Civil No. 199.)

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.

No appearance for James Reilly.

Geo. G. Berry, for Benoni Blackmore.

April 30, 1887.  Dismissed.